

Entered on Docket
July 21, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2005-10, its assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-20185-mkn |
| | ) |
| Jose Luis Limon, | ) Chapter 7 |
| Karla Marisol Limon, | ) |
| | ) DATE: 07/14/10 |
| Debtors. | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                            M&H File No. NV-10-30260
                                                                        10-20185-mkn

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 5728 Mahogany Run Place, Las Vegas, NV 89122.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*Order Filed 06/14/10-no response received*
Zachariah Larson, Esq.
810 S. Casino Center Blvd Suite 104
Las Vegas, NV 89101
(702) 382-1169

Approved/Disapproved

*Order Filed 06/14/10-no response received*
David A. Rosenberg
5030 Paradise Road #B-215
Las Vegas, NV 89119

Case 10-20185-mkn    Doc 19    Entered 07/21/10 09:12:48    Page 3 of 3

1  ALTERNATIVE METHOD re;  RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3
4  ☐ The court has waived the requirement of approval under LR 9021.

5  X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
6  delivered a copy of this proposed order to all counsel who appeared at the hearing, any
   unrepresented parties who appeared at the hearing, and each has approved or disapproved the
7  order, or failed to respond, as indicated below [list each party and whether the party has
   approved, disapproved, or failed to respond to the document]:

8
9  ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
   to all counsel who appeared at the hearing, any unrepresented parties who appeared at the
10  hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
    [list each party and whether the party has approved, disapproved, or failed to respond to the
11  document]:

12
    ☐   I certify that I have served a copy of this order with the motion, and no parties
13  appeared or filed written objections.

14        Counsel appearing: Zachariah Larson- Order Filed 06/14/10-no response received

15        Unrepresented parties appearing: None

16
          Trustee: David A. Rosenberg- Order Filed 06/14/10-no response received
17

18  Submitted by:
    McCarthy & Holthus, LLP
19
    /s/ Christopher K. Lezak.
20  Christopher K. Lezak, Esq.

21

22

23

24

25

26

27
                                          ###
28

29

*Rev. 12.09*                                                    M&H File No. NV-10-30260
                                                                        10-20185-mkn